UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

Case No.: 1:21-cv-10641-PAC

ECF Case

*Plaintiff,*

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

-against-

CARNIVAL PLC,

*Defendant.*

-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the captioned action having been amicably resolved by

and between the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

it is hereby stipulated and agreed by and between the undersigned counsel for the parties that all

claims asserted in the captioned action be and hereby are dismissed with prejudice with each party

to bear their own costs and attorneys' fees.

Dated: New York, New York
     April 26, 2023

Robert J. Brown
Michael P. Naughton
BROWN GAVALAS & FROMM LLP
*Attorneys for Plaintiff*
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 983-8500

John G. Kissane
Sabih Siddiqi
WATSON FARLEY & WILLIAMS LLP
*Attorneys for Defendant*
CARNIVAL PLC
250 West 55th Street - 31st Floor
New York, NY 10019
(212) 922-2200

So Ordered:

_____